404 ERROR - N.Y. State Courts

Skip to Main Content

 
 

 
 
 HOME 
| 
 Page Navigation 

MAIN MENU > HOME THE COURTS E-COURTS REPRESENTING YOURSELF THE LAW JURORS JUDGES LEGAL PROFESSION TOPICS A to Z 

 
 
 

 SEARCH NYCourts.gov 
 

 
 
 
 
 
 
 404 ERROR - File Not Found 
 
 
 
 
 
 Sorry, but the page you requested
cannot be found.
 
 
 
  
 Please remember to update your Bookmarks/Favorites.
  
 Please use the search box or one of the menu items at the top of this page to find your information.
 We apologize for any inconvenience this may have caused you.
  
 
  
  
 
 
 
 
 
 
 

  

 
 
 

 
 
 
 
 Web page updated: January 2, 2015   | Copyright | Privacy Policy | Accessibility | Contact Us